**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Arutyun Arutyunyan, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>The MathWorks, Inc.,<br><br>    Defendant. | Case No. 1:25-cv-11703-NMG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Arutyun Arutyanyan hereby gives notice that his claims in this action against Defendant The MathWorks, Inc., are voluntarily dismissed **without prejudice**. No Answer or Motion for Summary Judgment has been filed in this case by Defendant The MathWorks, Inc.

Dated: February 17, 2026             Respectfully submitted,

                                                          */s/ Casondra Turner*
                                                          Casondra Turner (MA BBO No. 687682)
                                                          **MILBERG, PLLC**
                                                          260 Peachtree Street NW, Suite 2200
                                                          Atlanta, GA 30303
                                                          Tel: (866) 252-0878
                                                          cturner@milberg.com

                                                          *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record via the Court's CM/ECF filing system on February 17, 2026.

*/s/ Casondra Turner*
Casondra Turner